IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DONALD STEPHENS                                                          PLAINTIFF


v.                              CASE NO. 13-CV-6011


LESLIE JESSUP                                                          DEFENDANT


## JUDGMENT

Before the Court is a Motion for Summary Judgment filed by Defendant Leslie Jessup. ECF No. 38.  Plaintiff Donald Stephens has responded.  ECF. No. 44.  Defendant has filed a reply.  ECF No. 45.  This matter is ripe for the Court's consideration.

For the reasons discussed in the Memorandum Opinion of even date, the Court finds that Defendant Leslie Jessup's Motion for Summary Judgment (ECF No. 38) should be and hereby is **GRANTED** as to Plaintiff Donald Stephens's claims pursuant to 42 U.S.C. § 1983.  The section 1983 claims are **DISMISSED WITH PREJUDICE**.  The Court declines to exercise supplemental jurisdiction over the remaining state claims, and these claims are **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, on this 11th day of July, 2016.


/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge